

# GERSHMAN LAW OFFICES, PC
## 610 YORK ROAD
## SUITE 200
## JENKINTOWN, PA 19046

October 24, 2013
Invoice Number: 1012

FELDMAN - TRUSTEE - FABICH

| Client | Date | Description | Hours | Total |
|---|---|---|---|---|
| | | Previous Balance | | $0.00 |
| FELDMAN - TRUSTEE - FABICH | 8/21/2012 | REVIEW RE: COURT HEARING ON SALE | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 9/12/2012 | TELE CALL & E-MAILS TO TITLE AGENT/WELLS COUNSEL RE: LIENS | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 2/21/2012 | PREP PLEADINGS - CERT NO OBJ TO MOTION TO SELL | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 2/16/2012 | BUYS PHASE 1 | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 2/20/2012 | SPOKE TO JOE SUTTON RE: PENN DOT NOTICE | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 7/30/2012 | RESPONSE TO BANK RE: BUYER | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 8/20/2012 | LETTER TO TARTAMELLA, ESQ. FOR NASSAR RE: ADVERSARY | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 7/27/2012 | DRAFT AND FILE ACCEPTANCE OF SERVICE - SETTON REALTY | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 8/28/2012 | SPOKE TO COURT SECRETARY RE: PRE-TRIAL ON NASSAR ADV. | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 8/20/2012 | REVIEW COURT SCHEDULED HEARING ON AUCTION APPROVAL | 0.10 | $27.50 |
| FELDMAN - TRUSTEE - FABICH | 10/21/2013 | REVIEW POC'S WITH TRUSTEE | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 10/8/2013 | TELE CALL TO AMERICAN INFO (RACHEL) RE: PERSONAL GUARANTY | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 9/4/2012 | TELE CONFERENCE HEARING WITH THE COURT | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 9/24/2013 | TELE CALL WITH AMERINFO SOURCE RE: TWO CAPITAL ONE ACCNTS | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 9/20/2012 | REVIEW REVISED SETTLEMENT DOCS AND DEED | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 11/26/2012 | REVISE ADVERSARY STIP / FORWARD TO DATTE, ESQ | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 12/20/2012 | REVIEW ORDER APPROVING STIP / CORRESP RE: DISTRIBUTION | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 7/12/2012 | PREP PLEADINGS - REVISE TURNOVER COMPLAINT | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 8/29/2012 | TELE CONFERENCE CALL RE: PRE-TRIAL | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 7/23/2012 | PREP PLEADINGS - FILE / SERVE / APPLICA TO APPROVE AUCTION | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 2/2/2012 | PREP PLEADINGS - REVIE / FILE / SERVE / SERVE MOTION TO SELL | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 11/9/2011 | PREP PLEADINGS - CNR SETTON REALTOR APP | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 7/26/2012 | SPOKE TO SETTON RE: SERVICE OF COMPLAINT | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 6/27/2012 | DRAFT CONDITIONS OF SALE | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 8/14/2012 | PREP PLEADINGS - CERT NO RESP RE: MOTION TO APPROVE AUCTION | 0.20 | $55.00 |
| FELDMAN - TRUSTEE - FABICH | 8/29/2012 | TELE CALL TO SETTON RE: ESCROW | 0.30 | $82.50 |

| Client | Date | Description | Hours | Total |
|---|---|---|---|---|
| FELDMAN - TRUSTEE - FABICH | 9/7/2012 | REVIEW TITLE REPORT WITH LIENS / LETTER TO WELLS FARGO COUNSEL | 0.30 | $82.50 |
| FELDMAN - TRUSTEE - FABICH | 9/24/2012 | REVIEW / REVISE HUD-1 | 0.30 | $82.50 |
| FELDMAN - TRUSTEE - FABICH | 1/17/2012 | REVIEW AGREEMENT OF SALE TO NASSAR | 0.30 | $82.50 |
| FELDMAN - TRUSTEE - FABICH | 8/24/2012 | DRAFT STIPULATION RE: SETTON REALTY | 0.30 | $82.50 |
| FELDMAN - TRUSTEE - FABICH | 10/28/2011 | REVIEW BERKS CTY TAX INFO/REVISE RE PROFESS EMP APP/SEEK MTGEE INPUT | 0.30 | $82.50 |
| FELDMAN - TRUSTEE - FABICH | 9/23/2013 | TELE CALL WITH REIGLE - REVIEW CAPITAL ONE POC'S | 0.30 | $82.50 |
| FELDMAN - TRUSTEE - FABICH | 9/25/2012 | PREP PLEADINGS - PREPARE AND FILE REPORT OF SALE | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 7/16/2012 | PREP PLEADINGS - REVISE TURNOVER COMPLAINT | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 1/4/2013 | CORRESP - DISTRIBUTE NASSAR LITIGATION PROCEEDS | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 6/6/2012 | DRAFT REVISIONS AND FILE/SERVE AMND NOTICE OF AUCTION | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 10/21/2013 | TELEPHONE CALL - R. LONEY FOR AMERINFO SOURCE RE: PERSONAL | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 2/29/2012 | DRAFT RESP LTR, AFTER REVIEW OF LTR FROM ATTY FOR PURCHASER NASSAR | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 3/5/2012 | REVIEW LTR AND REPORT - DATTE, ESQ. | 0.40 | $110.00 |
| FELDMAN - TRUSTEE - FABICH | 10/31/2011 | DRAFT REALTOR/AUCTIONEER MOTION / FILE / SERVE | 0.50 | $137.50 |
| FELDMAN - TRUSTEE - FABICH | 6/1/2012 | DRAFT NOTICE OF AUCTION TO SETTON | 0.50 | $137.50 |
| FELDMAN - TRUSTEE - FABICH | 11/14/2011 | DRAFT REVISIONS TO RE LISTING AGREEMENT FOR GAS STATION/TELE - TRUSTEE | 0.50 | $137.50 |
| FELDMAN - TRUSTEE - FABICH | 9/10/2012 | DRAFT STIPULATION RE: ESCROW FUNDS / JOINT JURISDICTION STMNT | 0.50 | $137.50 |
| FELDMAN - TRUSTEE - FABICH | 8/2/2012 | SETTLEMENT DOCUMENTS | 0.50 | $137.50 |
| FELDMAN - TRUSTEE - FABICH | 9/19/2012 | REVW PROPOSED STLMNT/HUD-1 INCORRECT/TELE-CLIENT&TITLE CO/REVISE DEED | 0.50 | $137.50 |
| FELDMAN - TRUSTEE - FABICH | 8/16/2012 | REVIEW ADVERSARY ANSWER AND DRAFT REPLY TO COUNTERCLAIM | 0.60 | $165.00 |
| FELDMAN - TRUSTEE - FABICH | 6/4/2012 | REVIEW/REVISE CONDITIONS OF SALE | 0.60 | $165.00 |
| FELDMAN - TRUSTEE - FABICH | 10/22/2013 | FEE APPLICATION | 0.60 | $165.00 |
| FELDMAN - TRUSTEE - FABICH | 11/20/2012 | NEGOTIATIONS WITH OPPSNG CNSL RE:ADVRSRY; DRAFT PROPOSED STLMNT AGRMNT | 0.80 | $220.00 |
| FELDMAN - TRUSTEE - FABICH | 11/27/2012 | DRAFT/FILE/SERVE STIP OF STLMNT RE: NASSAR ADVERSARY | 0.80 | $220.00 |
| FELDMAN - TRUSTEE - FABICH | 10/19/2011 | DRAFT ATTY EMPLOY APP/ REVIEW DKT, ETC. /OUTLINE AUCTION/REALTOR APP | 0.80 | $220.00 |
| FELDMAN - TRUSTEE - FABICH | 1/31/2012 | DRAFT MOTION TO SELL FOUR POINT REVIEW DCMNTS RE: FREE AND CLEAR | 0.90 | $247.50 |
| FELDMAN - TRUSTEE - FABICH | 7/11/2012 | PREP PLEADINGS - TURNOVER CMPLT RE: DEPOSIT [NASSAR] | 1.00 | $275.00 |
| FELDMAN - TRUSTEE - FABICH | 7/20/2012 | DRAFT APPLICATION TO APPROVE AUCTION / PAY AUCTIONEER | 1.00 | $275.00 |
| | | **Amount Due** | 19.00 | $5,225.00 |



**GERSHMAN LAW OFFICES, PC**
**610 YORK ROAD**
**SUITE 200**
**JENKINTOWN, PA 19046**

October 23, 2013
Invoice Number: 1010

FELDMAN - TRUSTEE - FABICH

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | Previous Balance | | | $0.00 |
| 1/31/2012 | COURT FEE - PACER SCHEDULES, ETC. | | | $1.84 |
| 7/16/2012 | POSTAGE FOR CERTIFIED MAIL | | | $5.95 |
| | Amount Due | 0.00 | | $7.79 |

Thank You! - Balance is due upon receipt